5187RULE7.1/5187KLSESERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English (CE9890)
75 Maiden Lane, Suite 402
New York, New York  10038-4816
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for Plaintiff

07 CIV 8636

JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) |
|  | ) 07 Civ. ( ) |
| Plaintiff, | ) RULE 7.1 CERTIFICATE |
|  | ) |
| - v. - | ) ECF CASE |
|  | ) |
| M/V GREAT IMMENSITY, her engines, tackle, apparel, etc., in rem, | ) |
|  | ) |
| -and against- | ) |
|  | ) |
| STX PAN OCEAN, STX PANOCEAN CO., LTD., GREAT IMMENSITY SHIPPING and PANOBULK AMERICA, INC., in personas, | ) |
|  | ) |
| Defendants. | ) |

OCT 0 5 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the plaintiff certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

American International Group

1

```
New York, New York              KENNEDY LILLIS SCHMIDT & ENGLISH
October 2, 2007                 Attorneys for Plaintiff

                          By:   _____
                                Craig S. English (CE9890)
                                75 Maiden Lane  Suite 402
                                New York, New York  10038
                                (212) 430-0800
```