*Kennedy Lillis Schmidt & English*

*75 Maiden Lane*

*New York, N.Y. 10038-4816*

*Telephone: 212-430-0800*

HTTP://WWW.KLSELAW.COM

CRAIG S. ENGLISH (NY & NJ)
JOHN T. LILLIS, JR. (NY & NJ)
CHARLES E. SCHMIDT

CHERI A. CHESTNUT (NY & NJ)
THOMAS M. GRASSO (NY & NJ)

## MEMO ENDORSED

COUNSEL

DONALD M. KENNEDY
LENORE E. McQUILLING
THOMAS C. MURPHY

FACSIMILE: 212-430-0810
CONTACT WRITER DIRECT:

November 27, 2007

CENGLISH@KLSELAW.COM
212-430-0800

Via Fax (212) 805-7917

Hon. Robert P. Paterson, Jr.
United States District Court
Southern District New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

Re: American Home Assurance Co. v. m/v
    Great Immensity
    Docket No. 07 Civ. 8636
    Our File: 5187

Dear Judge Paterson:

We represent Plaintiff, American Home Assurance Co., in the above referenced action. We write to request a 30 day adjournment of the initial pre-trial conference, scheduled for December 7, 2007.

The reason for the request for the adjournment is that we have reached settlement with the Defendants and are currently awaiting the receipt of settlement funds. Once the funds are received, we will duly file a Notice of Voluntary Dismissal with the Court.

Accordingly, we respectfully request that Your Honor grant our request.

*Application granted. Conference adjourned to January 7, 2008 at 9:30 AM. So Ordered.*

*11/27/07    Robert P. Patterson, USDJ*

*Kennedy Lillis Schmidt & English*

November 27, 2007
Page 2

Respectfully yours,

KENNEDY LILLIS SCHMIDT & ENGLISH

By: _____

Craig S. English

CSE/vs
Cc: David W. McCreadie, Esq., Lau, Lane, Pieper
    Conley & McCreadie, PA.
    Attorney for Defendants
    (813) 228-7710
S:\FILES\5187_GREAT_IMMENSITY\COURT\5187_LTR_COURT.DOC