UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN ADMIRALTY

American Home Assurance Company, )
)
    Plaintiff, )
)
vs. )   CASE NO.: 07 CIV 8636 (RPP)
)
M/V GREAT IMMENSITY, her engines, )
tackle, apparael, etc., *in rem*, and against )
STX PAN OCEAN, STX PANOCEAN )
CO., LTD., GREAT IMMENSITY )
SHIPPING and PANOBULK AMERICA, )
INC., *in personas*, )
)
    Defendants. )
)

RECEIVED
DEC 21 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/07

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff American Home Assurance Company voluntarily dismisses the above-styled Complaint with prejudice and without costs to any party. In support of its request, the plaintiff further states as follows:

1. Federal Rule of Civil Procedure 41(a)(1) allows a plaintiff to voluntarily dismiss an action by filing a notice of dismissal before the defendants serve an answer or summary judgment motion

2. None of the defendants, M/V GREAT IMMENSITY, STX Pan Ocean, STX Pan Ocean Co., Ltd., Great Immensity Shipping, or Panobulk America, Inc., has filed an answer or a motion for summary judgment.

**WHEREFORE,** the plaintiff voluntarily dismisses this action with prejudice.

1

s/ *[signature]*
CRAIG S. ENGLISH
New York Bar No.: CE9890
KENNEDY LILLIS SCHMIDT
 & ENGLISH
75 Maiden Lane, Ste. 402
New York, New York
Tel: 212/430-0800
Fax: 212/430-0810
Attorneys for Plaintiff

*[Handwritten: Motion granted. So ordered. Robert P. Patterson USDJ 12/21/07]*

2